Exhibit A:
Plaintiff's Original Petition in the State Court Action

**Small Claims Petition**

NO. 2521000 83590

Plaintiff(s): Juan Belmares

vs.

Defendant(s): Officer Rivas #, Srgt. Sanchez #

§ In the Justice Court of Harris County, Texas
§ Precinct 2   Place 1
§
§ JUDGE JO ANN DELGADO
§ 10851 SCARSDALE STE 500
§ HOUSTON, TX 77089-5740

FILED 2025 FEB 28 PM 2:__ JO ANN DELGADO JUSTICE OF THE PEACE PCT 2 PLACE 1   VA

Plaintiff: Juan Belmares

Describe the legal nature of the plaintiff (e.g., individual, sole proprietorship, partnership, corporation)
Enter depended Laborer, ? individual

Defendant: Officer Constable Rivas #'s Sargent officer Sanchez #'s
Address: 10851 Scars Dale Suite 102
City: Houston   State: TX   Zip: 77089   Date of Birth (if applicable): __

Describe the legal nature of the defendant (e.g., individual, sole proprietorship, partnership, corporation)
Percint 2 constables ?? Houston TX.

*Defendant may be served by serving 10651 Scarsdale Suite 102 77089
(state the name of the defendant if defendant is an individual, or state the name and title of the person who is authorized to receive service of process for the defendant if defendant is a partnership, limited partnership, corporation, or limited liability company), who may be served at

(state the address for service of process).
The defendant's usual place of business or residence, or other place where defendant can probably be found is

**Cause of Action**
(State the cause of action in plain and concise language, sufficient to give fair notice of the claim and to provide enough information to enable the defendant to prepare a defense. You may include information showing venue is proper in the Justice of the Peace Precinct in which you are filing. If you are seeking personal property, you must describe the property and state the value of the property.)

Perjury, treason. violations of Equal rights, accusations that initiated the action of a wrongfull arrest. misconduct and malice prosecutions, lost wages of 120.00 per day for 33 days & Equality -on call services- and EEOC Double Pay, triple Holiday Pay. $40 vape Pen $120 phone bill, Punities Pain & Sufferings

**Relief Requested** (Describe the relief you are requesting, itemizing the amount of damages you are seeking.)
20,000.00

Respectfully submitted,

Signature of Plaintiff or Plaintiff's Attorney of Record
Printed Name: Juan Belmares
State Bar No. __
Address: 14554 Highland Meadow Dr. Houston TX 77089
Telephone: 832-956-5481   Fax Number: __
E-Mail Address: jusnbelmares49@gmail.com

☒ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this e-mail address.